

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND·
HASAN SIDDIQUI▲
KENNETH WILLARD▲▪
PETER PAUL SHAKER·
RAMI SALIM▲▪

October 18, 2023

**Via CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

> **Application GRANTED.** The initial pretrial conference scheduled for **October 25, 2023**, is adjourned to **November 29, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **November 22, 2023**.
>
> Dated: October 20, 2023
>       New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:     **Mercedes vs Cut Rate Sporting Goods, Inc.**
        Case #: 1:23-cv-07959

Dear Judge Schofield:

We represent the Plaintiff in the above matter. We write to respectfully request that the October 18, 2023, due date to submit a joint letter and a jointly proposed Case Management Plan, as well as the initial conference currently scheduled for October 25, 2023, at 4:00pm be canceled or adjourned because Defendant has not yet been served, nor reached out to Plaintiff.

Plaintiff is diligently attempting to serve Defendant with the summons and complaint.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ PeterPaul Shaker*
PeterPaul Shaker, Esq.